**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MARSHA BRANDON,                )    NO. CV 10-5134-AHM(E)
                               )
         Petitioner,           )
                               )
    v.                         )    JUDGMENT
                               )
METROPOLITAN STATE HOSPITAL,   )
SUSAN SMITH-NEVINS,            )
                               )
                               )
         Respondents.          )
_____)
```

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 13, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**